UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                   :
JOHNNY CHAPARRO,                   :
                                   :
        Petitioner,                :   Civ. No. 20-5272 (NLH)
                                   :
    v.                             :   **MEMORANDUM OPINION & ORDER**
                                   :
                                   :
DAVID ORTIZ,                       :
                                   :
        Respondent.                :
_____:

APPEARANCE:

Johnny Chaparro
45304-424
Unit 5752
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Craig Carpenito, United States Attorney
John Francis Basiak, Assistant United States Attorney
U.S. Attorney's Office
402 E. State Street, Room 430
Trenton, NJ 08608

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Johnny Chaparro filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking relief under the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, § 12003(b)(2) (2020), ("CARES Act"), see ECF No. 1 (petition); and

WHEREAS, the Court ordered the United States to answer the petition, see ECF No. 8; and

WHEREAS, the United States submitted its answer on June 9, 2020, ECF No. 11; and

WHEREAS, Petitioner filed a letter asking for additional time to prepare his response to the answer, ECF No. 12,

THEREFORE, IT IS on this   2nd    day of July, 2020

ORDERED that Petitioner's request for additional time, ECF No. 12, is granted.  Petitioner may have until July 20, 2020 to submit his response; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey                    s/ Noel L. Hillman
                                         NOEL L. HILLMAN, U.S.D.J.